UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

----------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                    Plaintiff,            :
                                                          :            18 Cr. 813-01 (LGS)
                    -against-                              :
                                                          :                ORDER
RAYMOND WENG,                                             :
                                    Defendant,            :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        It is hereby **ORDERED** that Defendant Raymond Weng's sentencing hearing previously

scheduled for December 12, 2019, is adjourned to **December 18, 2019 at 2:15 p.m.**


Dated:  December 12, 2019
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**