**RANDY SCOTT ZELIN PC**

747 THIRD AVENUE
32ND FLOOR
NEW YORK, NEW YORK 10017

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.897.9100
F 212.656.1118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

December 30, 2019

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

*This application is denied as moot. The Clerk of the Court is directed to terminate the letter motion at docket number 141.*

*Dated: January 3, 2020*
*New York, New York*

**Lorna G. Schofield**
**United States District Judge**

Re: United States v. Raymond Weng
Criminal Docket No. 1:18 CR 813-01 (LGS)

Dear Judge Schofield:

I represent Raymond Weng. My client has already been sentenced by the Court. I write for two reasons. First, I write to respectfully request that your Honor recommend Mr. Weng be designated to the camp at FCI Otisville. Second, with the consent of the government and Pretrial Services, I write to respectfully request that my client be able to travel on the following dates to the following places for the following reasons:

| | | |
|---|---|---|
| Mountain Creek, NJ | January 3 - 6, 2020 | snowboarding; |
| Boston, MA | January 9 - 12, 2020 | visit a college. |

Thank you for your kind consideration. Best wishes for the New Year.

Respectfully submitted,

Randy Zelin

RSZ:nb
cc: Jacob E. Warren, Esq. & Matthew J.C. Hellman, Esq. (for the government)

1