USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

# RANDY SCOTT ZELIN PC

747 THIRD AVENUE
32ND FLOOR
NEW YORK, NEW YORK 10017

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

February 10, 2020

T 212.897.9100
F 212.656.1118

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**APPLICATION GRANTED.**

Defendant Raymond Weng shall surrender on February 26, 2020. The parties shall transmit a copy of this Order to the Bureau of Prisons.

Dated: February 11, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: United States v. Raymond Weng
Criminal Docket No. 1:18 CR 813-01 (LGS)

Dear Judge Schofield:

I represent Raymond Weng. My client is scheduled to surrender on February 12, 2020. This letter respectfully requests an extension of two weeks' time for my client to surrender. The government's position has been sought and the government has no objection.

This request is made because the Bureau of Prisons is reporting that they don't have any request from the U.S. Marshals concerning Mr. Weng's designation, and in the meantime, we are trying to get Mr. Weng designated to the camp at Canaan.

Thank you for your kind consideration.

Respectfully submitted,

Randy Zelin

RSZ:nb
cc: Jacob E. Warren, Esq. & Matthew J.C. Hellman, Esq. (for the government)
P.O. Johnny Kim (for the Probation Department)

(All by email .pdf)

1