# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

July 20, 2022

T 212.319.4000
F 212.656.1118

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 158.*

*Dated: July 28, 2022*
*New York, New York*

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re:    United States v. Raymond Weng
       Criminal Docket No. 1:18 CR 813-01 (LGS)

Dear Judge Schofield:

I represent Raymond Weng. My client was sentenced on December 20, 2019, principally to serve five months in jail, to be followed by a three-year term of supervised release. Mr. Weng previously pleaded guilty to violating 21 U.S.C. 846. I am advised that Mr. Weng's term of supervised release ends on or about July 10, 2023.

This letter respectfully seeks an Order from the Court releasing my client's passport back to him. I am advised by Vincent Danielo, U.S. Probation Officer, that the Probation Department has no objection to the return of Mr. Weng's passport.

Thank you for your kind consideration. If a proposed Order is required, I will prepare it and file by ECF.

Respectfully submitted,

Randy Zelin

RSZ:nb
cc:    Jacob E. Warren, Esq. & Matthew J.C. Hellman, Esq. (for the government)
       By ECF

1